HOUSE *v.* BATSON.

No. 12833. June 15, 1939.

*R. C. Scott,* for plaintiff.
*Sam Kimzey* and *J. Herbert Griggs,* for defendant.

DUCKWORTH, Justice. The pleadings and the evidence make the one issue whether or not the year's-support property involved was encumbered for the support of the wife, beneficiary thereunder. On this question the evidence on the trial was in sharp conflict, and the discretion of the judge in denying an injunction will not be disturbed. Code, § 55-108; *Gillen* v. *Coconut Grove Bank & Trust Co.,* 171 *Ga.* 162 (154 S. E. 787); *Murrell* v. *North London Fine Art Co.,* 173 *Ga.* 224 (160 S. E. 343); *Traylor* v. *Peoples Bank of Carrollton,* 179 *Ga.* 895 (3) (177 S. E. 702). No issue made by the pleadings and the evidence requires application or construction of the act approved March 12, 1937 (Ga. L. 1937, p. 861), since it appears that none of the beneficiaries of the year's support were minors at the time the loan was made, and the minor beneficiaries who have attained the age of majority are not parties seeking relief in the instant case.

*Judgment affirmed. All the Justices concur.*